IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BUTTERLINE, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-1429 |
| | : | |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, et al. | : | |

## ORDER

AND NOW, this 31st day of March, 2016, for the reasons set forth in the accompanying Memorandum, it is ORDERED:

- Defendants City of Philadelphia and City of Philadelphia Sheriff's Office's Motion to Dismiss Pursuant to Rule 12(b)(6) (Document 18) is GRANTED. Plaintiffs' claims against the City of Philadelphia and the City of Philadelphia Sheriff's Office are DISMISSED without prejudice. Plaintiffs shall have until April 21, 2016, to file a further amended complaint against these Defendants.

- Defendant Bank of New York Mellon Trust Company's Motion to Dismiss (Document 19) is GRANTED. Plaintiffs' existing claim against the Bank is DISMISSED with prejudice. Plaintiffs shall have until April 21, 2016, to file a motion for leave to amend to pursue a claim under their alternative theory of liability against the Bank, accompanied by a draft proposed amended complaint.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.