# EXHIBIT B



**DEFENDANT ASSET RECOVERY TEAM**
**PHILADELPHIA SHERIFF'S OFFICE**
(215) 686-3532 Office
(215) 686-3537 Office
FAX (215) 686-3504

WHEN COMPLETED MAIL TO:
PHILADELPHIA SHERIFF'S OFFICE
D.A.R.T.
100 SOUTH BROAD ST., 5TH FLOOR,
PHILADELPHIA, PA 19110
Jewell Williams, Sheriff

## CONTACT INFORMATION

1. NAME (REQUESTER / CLAIMANT)
2. ADDRESS (CURRENT)   CITY   STATE   ZIP CODE
3. HOME TELEPHONE
4. CELL PHONE
5. WORK PHONE
6. BEST TIME TO CALL
☐ MORNING   ☐ AFTERNOON

7. HAVE YOU EVER MADE A CLAIM FOR DISBURSEMENT WITH THE PHILADELPHIA SHERIFF'S OFFICE?
☐ YES   IF YES, WHAT YEAR? _____
         AMOUNT CLAIMED? _____
☐ NO

8. DID YOU RESIDE AT THIS PROPERTY?
☐ YES   IF YES, WHAT YEAR DID YOU RESIDE AND HOW LONG?
_____
☐ NO

## PROPERTY INFORMATION

9. NAME OF DEFENDANT (NO NICKNAMES OR AKA'S)
10. PROPERTY ADDRESS (JUDICIAL SOLD PROPERTY)   CITY   STATE   ZIP CODE
11. BOOK / WRIT NUMBER
12. RELATIONSHIP (PLEASE CHECK ONE):
☐ SELF   ☐ RELATIVE _____
☐ OTHER _____
13. SOCIAL SECURITY # OF THE DEFENDANT:

## PLEASE PROVIDE COPIES OF DOCUMENTS CHECKED IN THE BOXES BELOW

14. PHOTO IDENTIFICATION (MANDATORY)
☐ DRIVER'S LICENSE (STATE) _____
☐ GOVERNMENT IDENTIFICATION

15. HAVE AN ESTATE BEEN ESTABLISHED?
☐ YES (IN THE COUNTY OF _____ )
☐ NO

16. PLEASE CHECK THE FOLLOWING APPLICABLE ITEMS SUBMITTED WITH FORM:
☐ DEED
☐ MORTGAGE SATISFACTION PIECE
☐ COURT JUDGMENT
☐ COURT NOTICE
☐ DEATH CERTIFICATE
☐ BIRTH CERTIFICATE
☐ MARRIAGE CERTIFICATE
☐ DIVORCE DEECREE
☐ OTHER _____

**SHERIFF OFFICE USE ONLY:**

FILE NUMBER: _____

DATE RECEIVED: _____

PREVIOUS FILE: _____

PREPARED BY: _____

UNSWORN FALSIFICATION TO AUTHORITIES (18 PA C.S. § 4904)
I VERIFY THAT THE STATEMENTS OF FACTS MADE BY ME ARE TRUE AND CORRECT AND THAT THEY ARE MADE SUBJECT TO THE PENALTIES OF TITLE 18 PA C.S. § 4904 RELATING TO UNSWORN FALSIFICATION TO AUTHORITIES. I FURTHER VERIFY THAT I HAVE NOT OMITTED OR FALSIFIED ANY FACTS OR MATTERS ON THIS FORM

## PLEASE READ BEFORE SIGNING

➔ PRINT NAME (CLAIMANT)   SIGNATURE (CLAIMANT)   DATE & TIME:

➔ RECEIVED BY SHERIFF'S OFFICE EMPLOYEE (SIGNATURE)   DATE & TIME: