# EXHIBIT C

- English
- Español

- Home
- About Us
- Civil Forms & Fees
- Real Estate
- Avoid Losing Your Home
- Calendar
- News
- Blog

# Sheriff Jewell Williams boosts efforts to return unclaimed excess Sheriff's Sale funds



**Dollars Returned: $7,624,668**

- $1,014,889
- $2,768,301
- $1,708,970
- $967,994
- $1,164,513

JS chart by a

Cumulative Amount

After a property is sold, settled and all liabilities and debts have been paid and recorded, a defendant (the owner of record at the time the court ordered the sale) may recover any excess balance remaining on the account through the Sheriff's Defendant Asset Recovery Team also known as DART.

## A New Committment

In previous administrations most of these excess funds were never returned to the defendants. Sheriff Jewell Williams made it a priority when he took office in 2012 to search out those owed money by beefing the efforts of the DART unit. Under his leadership the DART unit has been more aggressive in validating which defendants are eligible to receive a DART payment and connecting with those individuals to put a check in their hands.

## Getting Results

In the interactive chart to the left, you can hover over it with your cursor to see how much money DART has returned since Sheriff Williams has taken office. The team is on track this year to outpace each of the last three years!

## Helping Real People



The success of this program is having a real impact on real people. In April 2015, Sheriff Jewell Williams presented a check to Thelma Denise Peake, whose organization *West Philadelphia on the Move, Inc.* received over $40,000 from the sale of two properties it owned, which pushed DART over a record-breaking $1 million in returned funds for the quarter. The money, said Peake, will go "back into the community to continue fighting for a better West Philadelphia."

File a Claim

## More Information

- How Sheriff's Sales Work
- Upcoming Seminars
- Sheriff's Sale Properties
- Recorded Deeds
- Conditions of Sale
- Asset Recovery (DART)

## Join Our Mailing List

Email address:

Add

100 South Broad Street, 5th Floor, Philadelphia, PA 19110
Main Phone: 215-686-3530 | Real Estate Phone: 215-686-3565
Copyright © 2012. All Rights Reserved.

Designed by Soapbox Solutions, LLC.