IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BUTTERLINE, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-1429 |
| | : | |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, et al. | : | |

## **ORDER**

AND NOW, this 6th day of April, 2018, upon consideration of Defendant The Bank of New York Mellon Trust Company, N.A.'s Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), or, in the Alternative, Motion to Strike Class Allegations, Plaintiffs' response thereto, Defendant's Reply, and the parties' presentations at oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 44) is DENIED, except as to Plaintiffs' request for punitive damages, which is stricken.

BY THE COURT:

　　/s/ Juan R. Sánchez　　
Juan R. Sánchez, J.