Bottom

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AND MARK BUTTERLINE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION fka The Bank of New York Trust Company, N.A., as successor to JP Morgan Chase Bank. N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-RP1 i/p/a Bank of New York Trust Co., <br><br> Defendant. | Case No.: 15-cv-01429-JS <br><br> FILED <br> APR 19 2018 <br> KATE BARKMAN, Clerk <br> By_____ Dep. Clerk |

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

Defendant, The Bank of New York Mellon Trust Company, N.A., as Trustee ("Defendant"), and Plaintiffs, Mark and Lisa Butterline (collectively, "Plaintiffs"), by and through their undersigned attorneys, hereby stipulate and agree that Defendant shall have until April 27, 2018 to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint, effective upon approval by this Court. This is the first stipulation extending time to respond to the Second Amended Complaint.

Dated: April 18, 2018

s/Daniel C. Levin
Daniel C. Levin
**Levin Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel.: (215) 592-1500
*Attorney for Plaintiff*

s/Michael A. Iannucci
Michael A. Iannucci
Laura Vendzules
**Blank Rome LLP**
One Logan Square
Philadelphia, PA 19103
Tel.: (215) 569-5685
*Attorneys for Defendant*

140383.02727/107052509v.1

APPROVED BY THE COURT:

Dated: __4/19/18__

_____
Juan R. Sánchez, J.

140383.02727/107052509v.1