IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AND MARK BUTTERLINE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-RP1 i/p/a Bank of New York Trust, Co.,<br><br>Defendant. | CIVIL ACTION<br><br>No. 2:15-cv-01429-JS |

NOTICE OF:
**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

TO THE CLERK OF THE COURT AND ALL PARTIES:

Please withdraw the appearances of Joelle Epstein, Laura E. Vendzules, and Michael A. Iannucci of Blank Rome LLP, and withdraw the appearance of Kevin G. McDonald of KML Law Group, P.C., and substitute the appearance of Alexander D. Bono (PA 25845), Ryan E. Borneman (PA 203540), Jessica Priselac (PA 208524), and Lynne E. Evans (PA 313479) of Duane Morris LLP.

Respectfully submitted,

*/s/* Alexander D. Bono
Alexander D. Bono (PA 25845)
Ryan E. Borneman (PA 203540)
Jessica Priselac (PA 208524)

        Lynne E. Evans (PA 313479)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1000
abono@duanemorris.com
reborneman@duanemorris.com
jpriselac@duanemorris.com
leevans@duanemorris.com

/s/_ Michael A. Iannucci_____
Joelle Epstein
Michael A. Iannucci
Laura Vendzules
**BLANK ROME LLP**
One Logan Square
Philadelphia, PA 19103
epstein@blankrome.com
lvendzules@blankrome.com
iannucci@blankrome.com
Tel: (215) 569-5685

***Attorneys for Defendant The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-RP1 i/p/a Bank of New York Trust, Co.***

/s/_ Kevin G. McDonald_____
Kevin G. McDonald
**KML LAW GROUP, P.C.**
701 Market Street
Suite 5000
Philadelphia, PA 19106
bkgroup@kmllawgroup.com
Tel: (215) 627-1322

Dated: May 4, 2018

## CERTIFICATE OF SERVICE

I certify that on May 4, 2018, the foregoing was served via the Court's ECF system, which will send notification of such filing to all counsel of record. In accord with Local Rule 5.1.2(8)(b), I further certify that the foregoing document is available for viewing and downloading on ECF.


Dated: May 4, 2018                                              /s/ Alexander D. Bono
                                                                                Alexander D. Bono