IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA BUTTERLINE and                            :
MARK BUTTERLINE on behalf of
themselves and all others
similarly situated
                                               :
         v.                                            NO. 15cv1429
                                               :
THE BANK OF NEW YORK MELLON
TRUST COMPANY, NATIONAL
ASSOCIATION FKA THE BANK OF
NEW YORK TRUST COMPANY, N.A.
AS SUCCESSOR TO JPMORGAN CHASE
BANK, N.A.,AS TRUSTEE FOR
RESIDENTIAL ASSET MORTGAGE
PRODUCTS, INC., MORTGAGE
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2005-RP1 I/P/A
BANK OF NEW YORK TRUST, CO.

                              JUDGMENT

BEFORE SANCHEZ, J.

        AND NOW,this 13th day of July, 2018, in accordance with defendant's offer of judgment and plaintiffs acceptance pursuant to F.R.C.P. 68,
        It is ORDERED that judgment is entered in favor of plaintiff LISA BUTTERLINE and MARK BUTTERLINE on behalf of themselves and all others similarly situated and against defendant THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-RP1 I/P/A BANK OF NEW YORK TRUST, CO. in the amount of $25,000.00 together with interest and costs.

                                        BY THE COURT:
                                        ATTEST:

                                         s/ Terry Milano
                                        Terry Milano, Deputy Clerk