IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AND MARK BUTTERLINE, on behalf of themselves and all others similarly situated, | : : : : |
| Plaintiffs, | : : : |
| v. | : : : |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-RP1 i/p/a Bank of New York Trust, Co., | : : : : : : : : : CIVIL ACTION No. 2:15-cv-01429-JS |
| Defendant. | : : : : |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO AMEND JUDGMENT ENTERED BY COURT**

Defendant The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-RP1 i/p/a Bank of New York Trust, Co. ("***BONY Trust***") does not oppose the relief requested in Plaintiffs' Motion to Amend Judgment Entered by Court (the "***Motion***"). BONY Trust agrees that its Offer of Judgment was directed only to Plaintiffs Lisa and Mark Butterline individually and not towards a class.

Dated: August 1, 2018

Respectfully submitted,

*/s/ Alexander D. Bono*
Alexander D. Bono (PA 25845)

Ryan E. Borneman (PA 203540)
Jessica Priselac (PA 208524)
Lynne E. Evans (PA 313479)
Joseph J. Pangaro (PA 323032
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1000
abono@duanemorris.com
reborneman@duanemorris.com
JPriselac@duanemorris.com
leevans@duanemorris.com
JJPangaro@duanemorris.com

*Attorneys for Defendant The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-RP1 i/p/a Bank of New York Trust, Co.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2018, a true and correct copy of the foregoing was served via the Court's ECF system, which will send notification of such filing to all counsel of record. In accord with Local Rule 5.1.2(8)(b), I further certify that the foregoing document is available for viewing and downloading on ECF.

Dated: August 1, 2018
/s/   Ryan E. Borneman_____
Ryan E. Borneman