IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BUTTERLINE, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-1429 |
| | : | |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, et al. | : : : | |

## **ORDER**

AND NOW, this 6th day of August, 2018, upon consideration of Plaintiffs Lisa and Mark Butterline's unopposed Motion to Amend Judgment Entered by Court, it is ORDERED the Motion (Document 67) is GRANTED. The Judgment entered in above-captioned civil action on July 13, 2018, shall be AMENDED to reflect that judgment is entered solely in favor of Plaintiffs Lisa and Mark Butterline.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.