IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AND MARK BUTTERLINE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, et al<br><br>Defendant | :<br>:<br>:<br>:<br>:<br>:  NO. 15-01429-JS<br>:<br>:<br>:<br>:<br>: |

## SATISFACTION OF JUDGMENT

Judgment was rendered in favor of the above-named Plaintiffs, Lisa and Mark Butterline ("Plaintiffs") and against the above-named Defendant, The Bank of New York Mellon Trust Company, National Association ("Defendant, Bank of New York") in the above-entitled action, on the 16th day of August, 2018 in the sum of $25,000. The Plaintiffs acknowledge payment of said judgment, costs and interest in full and desires to release Defendant, Bank of New York from this judgment and hereby fully and completely satisfy the same.

Date: 8/21/18

Respectfully submitted,

Daniel C. Levin, Esquire
Levin Sedran & Berman LLP
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Attorney for Plaintiffs

Subscribed and sworn to me on this
21st day of August, 2018.
Given under by hand and notarial seal.

_____
My commission expires

Notary Public

Commonwealth of Pennsylvania - Notary Seal
Debbie Anne Murphy, Notary Public
Philadelphia County
My commission expires January 27, 2022
Commission number 1117682
Member, Pennsylvania Association of Notaries

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of August, 2018, I have served a true and correct copy of Plaintiffs' Satisfaction of Judgment upon all counsel of record via the Court's electronic notification system.

/s / Daniel C. Levin
DANIEL C. LEVIN, ESQUIRE