**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

LISA AND MARK BUTTERLINE, on          :
behalf of themselves and all other similarly   :
situated,                                              :
               Plaintiff                      :
                                   :
            v.                                      :
                                   :          NO. 15-01429
BANK OF NEW YORK TRUST CO., et al   :
                                   :
           Defendants.                     :

## MOTION TO SUBSTITUTE PARTY

COMES NOW, the Plaintiff Mark Butterline, by and through counsel, and makes this his Motion

to Substitute himself, as personal representative of the Estate of Lisa Butterline, for Plaintiff Lisa

Butterline, as follows:

    1.   This case was initiated by Lisa nd mark Butterline, on behalf of themselves and

        others similarly situated, when they were husband and wife and the former

        mortgagors of real estate relevant to the claims.

    2.   During the pendency of the cases appeal to the United States Court of Appeals, Lisa

        Butterline died, and Mark Butterline became the personal representative of her estate.

        A copy of the letters of administration so appointing him is attached hereto.

3.   Pursuant to Fed. R. Civ. P. 25(a), Plaintiff Mark Butterline respectfully asks the Court

to substitute him, as personal representative of her estate, for the late Lisa Butterline.

WHEREFORE, Mark Butterline, as personal representative of the Estate of Lisa Butterline,

should be substituted for and succeed to the interests of Lisa Butterline as plaintiff.

William T. Wilson
20 West Miner Street
West Chester, PA 19382
484-605-1146
bill@wtwilsonlaw.com


Daniel C. Levin
LEVIN, SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

# DONALD PETRILLE, JR., ESQUIRE
## REGISTER OF WILLS OF BUCKS COUNTY, PENNSYLVANIA
### CERTIFICATE OF GRANT OF LETTERS

Estate of: Lisa A. Butterline  (aka Lisa Ann Butterline )

Late of: Falls Township

File No.: 2019-01025

Date of Death: September 06,  2018

Social Security No.: 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

**WHEREAS,** the Grant of **LETTERS OF ADMINISTRATION** is required for the administration of the estate;

**NOW, THEREFORE, I, DONALD PETRILLE, JR., ESQUIRE,** Register of Wills in and for the County of Bucks in the Commonwealth of Pennsylvania, hereby certify that I have this day granted **LETTERS OF ADMINISTRATION** to **Mark S. Butterline Sr.** who has duly qualified as **Administrator** of the estate of the above-named decedent and has agreed to administer the estate according to law, all of which fully appears of record in my office at Bucks County Courthouse, Doylestown, Pennsylvania.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the seal of my office on this 8th day of April, 2019.

_____

Donald Petrille, Jr., Esquire
Register of Wills