# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

LISA AND MARK BUTTERLINE, on behalf of themselves and all other similarly situated,
        Plaintiff

v.

BANK OF NEW YORK TRUST CO., et al

        Defendants.

NO. 15-01429

## ORDER

AND NOW, this 4th day of May, 2021, it is hereby ORDERED that Mark Butterline, as personal representative of the Estate of Lisa Butterline, is substituted as Plaintiff for Lisa Butterline.

                                        /s/ Juan R. Sánchez
                                        Juan R. Sanchez, U.S.D.J.