IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BUTTERLINE, et al | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-1429 |
| | : | |
| THE BANK OF NEW YORK MELLON | : | |
| TRUST COMPANY, NATIONAL | : | |
| ASSOCIATION, et al | : | |

**PROPOSED ORDER**

AND NOW, this _____ day of _____, 2021, it is ORDERED the schedule in the above-captioned matter is as follows:

- Plaintiff's expert report is due October 11, 2021;

- Defendants' expert report is due October 25, 2021;

- Plaintiff's motion for class certification is due November 1, 2021;

- Defendant's response to motion for class certification is due November 17, 2021;

- Dispositive motions are due November 22, 2021;

- Responses to dispositive motions are due December 17, 2021;

- A teleconference to discuss settlement shall take place on January 12, 2022, at 11:00 a.m. Counsel for Plaintiff is to initiate the call;

- Motions in limine are due January 19, 2022;

- Responses to motions in limine are due February 2, 2022;

- Plaintiff's pre-trial memorandum is due February 2, 2022;

- Defendants' pre-trial memorandum is due February 2, 2022;

- Joint requested points for charge, joint proposed verdict slip, and voir dire questions, as

---

1 Discovery during this period will include both discovery related to the underlying claim(s) and class discovery.

explained in the Honorable Juan R. Sánchez's on-line procedures, are due February 2, 2022;

- Final pre-trial conference shall be held on February 7, 2022, at 9:30 a.m. in Courtroom 14B;

- Joint exhibit binder is to be submitted to chambers no later than 4:30 p.m. the day prior to trial;

- This matter is in the February 14, 2022 trial pool.


BY THE COURT:


_____
J.