IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BUTTERLINE, et al | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-1429 |
| | : | |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, et al | : : : | |

### **ORDER**

AND NOW, this 20th day of September, 2021, upon consideration of the Joint Motion to Stay, it is ORDERED the Motion (Document 84) is DENIED.[1]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] As discussed at the teleconference, a new Case Management Order, upon consideration of the Proposed Order filed by the Parties, will follow.