IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BUTTERLINE, et al | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-1429 |
| | : | |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, et al | : | |

## **ORDER**

AND NOW, this 20th day of September, 2021, it is ORDERED the schedule in the above-captioned matter is AMENDED as follows:

- Discovery deadline is October 11, 2021[1];

- Plaintiff's expert report is due October 25, 2021;

- Defendants' expert report is due November 1, 2021;

- Plaintiff's motion for class certification is due November 17, 2021;

- Dispositive motions are due November 22, 2021;

- Responses to dispositive motions are due December 17, 2021;

It is further ORDERD that all other deadlines and hearings in this Court's April 12, 2021, Scheduling Order shall remain the same.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

1 Discovery during this period will include both discovery related to the underlying claim(s) and class discovery.