IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BUTTERLINE, et al | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-1429 |
| | : | |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, et al | : | |

## **ORDER**

AND NOW, this 30th day of November, 2021, upon consideration of the parties' joint letter request for an extension of the deadlines, it is ORDERED the schedule in the above-captioned matter is AMENDED as follows:

- Dispositive motions are due December 17, 2021;

- Response to class certification motion is due January 5, 2022;

- Responses to dispositive motions are due January 7, 2022;

It is further ORDERD that all other deadlines and hearings in this Court's April 12, 2021, Scheduling Order shall remain the same.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.