## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK BUTTERLINE | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | NO. 15-01429 |
| CITY OF PHILADELPHIA | : | |
| Defendant | : | |

### JOINT MOTION TO CONTINUE DEADLINES OR STAY

1.      On December 13, 2021, Plaintiff and Defendant held mediation before Honorable Magistrate Judge Carol Sandra Moore Wells.

2.      Defendant and Plaintiff discussed with Judge Wells issues pertaining to the structure of a potential settlement.

3.      For settlement purposes, the parties are in general agreement as to the overall structure of potential a fund which would provide compensation to a settlement class.

5.      The parties are still negotiating the value of the fund and associated attorneys' fees.

6.      The parties request a continuance of the filing deadlines in this action to allow the parties to continue negotiating in good faith.

7.      The parties believe alleviating the need to respond to dispositive motions and/or class certification briefs will allow the parties to focus solely on the settlement of this matter and avoid unnecessary expenditures and fees that might otherwise hinder settlement.

8.      The parties believe that the requested time is sufficient to complete the settlement negotiations and expect to file any settlement papers no later than thirty (30) days of the date of this Motion.

9.      If the parties are unable to file settlement papers within thirty (30) days of the date

of this Motion, the parties will file a status update with the Court and agree that the continuance

of all deadlines will be lifted at that time.

WHEREFORE, Plaintiff and Defendant respectfully request this Court stay all existing

deadlines for 30 days.

Respectfully submitted,

**DATED:  December 13, 2021**

/s/ Daniel C. Levin
Daniel C. Levin, Esquire
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500
dlevin@lfsblaw.com

Attorney for Plaintiff

/s/ Amy Marie Kirby
Any Marie Kirby, Esquire
Michael Wu-Kung Pfautz, Esquire
CITY OF PHILADELPHIA LAW
DEPARTMENT
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
215-683-5233
michael.pfautz@phila.gov
amy.kirby@phila.gov

Attorneys for Defendant, City of Philadelphia