IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BUTTERLINE, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-1429 |
| | : | |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, et al. | : : : | |

## **ORDER**

AND NOW, this 14th day of December, 2021, upon consideration of the Joint Motion to Stay, it is ORDERED the Motion (Document Number 97) is GRANTED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.