## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BUTTERLINE | : |
|           Plaintiff | : |
| | : |
|    v. | : |
| | :     NO. 15-01429 |
| CITY OF PHILADELPHIA | : |
|           Defendant | : |

### JOINT STATUS REPORT

Pursuant to the parties' Joint Motion to Continue Deadlines or Stay (ECF 97) and the Court's December 14, 2021 Order (ECF 98) granting the motion, the parties provide the following joint status report:

1. Since the Court's Order, the parties have continued settlement discussions concerning the value of a potential settlement fund and associated attorneys' fees.

2. The parties have substantially narrowed the gap between the respective positions and conditionally resolved several outstanding issues.

3. The parties anticipate being able to conclude their negotiations over the remaining outstanding issues in the next week.

4. The parties will file a further status update with the Court within seven days.

Respectfully submitted,

**DATED: January 13, 2022**

 /s/ Daniel C. Levin
Daniel C. Levin, Esquire
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500
dlevin@lfsblaw.com

Attorney for Plaintiff

/s/ Michael Pfautz
Amy Marie Kirby, Esquire
Michael Wu-Kung Pfautz, Esquire
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
215-683-5233
michael.pfautz@phila.gov
amy.kirby@phila.gov

Attorneys for Defendant, City of Philadelphia