## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BUTTERLINE | : |
|           Plaintiff | : |
| | : |
|    v. | : |
| | :    NO. 15-01429 |
| CITY OF PHILADELPHIA | : |
|           Defendant | : |

### JOINT STATUS REPORT

Pursuant to the parties' Joint Motion to Continue Deadlines or Stay (ECF 97), the Court's December 14, 2021 Order (ECF 98) granting the motion, and the parties' January 13, 2022 Status Report (ECF 100), the parties provide the following joint status report:

1. Since the parties' previous status report, the parties have continued intensive settlement discussions concerning the value of a potential settlement fund and associated attorneys' fees.

2. As a result of those discussions, the parties have reduced the gap between their respective positions by more than 96%.

3. The parties anticipate exchanging best and final offers within the week.

4. The parties will file a further status update with the Court within one week regarding the outcome of the negotiations.

|  | Respectfully submitted, |
|---|---|
| **DATED:  January 21, 2022** | |
| */s/ Daniel C. Levin* | */s/   Michael Pfautz* |
| Daniel C. Levin, Esquire | Amy Marie Kirby, Esquire |
| LEVIN SEDRAN & BERMAN LLP | Michael Wu-Kung Pfautz, Esquire |
| 510 Walnut Street, Suite 500 | CITY OF PHILADELPHIA LAW |
| Philadelphia, PA 19106 | DEPARTMENT |
| (215) 592-1500 | 1515 Arch Street, 15th Floor |
| dlevin@lfsblaw.com | Philadelphia, PA 19102 |
|  | 215-683-5233 |
| *Attorney for Plaintiff* | michael.pfautz@phila.gov |
|  | amy.kirby@phila.gov |
|  | |
|  | *Attorneys for Defendant, City of Philadelphia* |