IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK BUTTERLINE | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | NO. 15-01429 |
| CITY OF PHILADELPHIA | : | |
|     Defendant | : | |

## JOINT STATUS REPORT

Pursuant to the Parties' Joint Motion to Continue Deadlines or Stay (Rec.Doc.No. 97), the Court's December 14, 2021 Order (Rec.Doc.No. 98) granting the Motion and the Parties January 21, 2022 Status Report (Rec.Doc.No. 101) the Parties provide the following joint status report:

1. Since the Parties' previous status report, the Parties have reached a settlement concerning the value of the potential Settlement Fund and associated attorney's fees as well as the administration of the Class Settlement.

2. The Parties are in the process of drafting the Settlement Agreement and pursuant to Rule 23 of the Federal Rules of Civil Procedure Plaintiff and Defendant's Joint Motion for Preliminary Approval of the Settlement.

3. The Parties expect to present the Settlement Agreement and the brief in support within the next two weeks.

|  | Respectfully submitted, |
|---|---|
| **DATED:  January 31, 2022** | |
| _/s/ Daniel C. Levin_ | _/s/   Michael Pfautz_ |
| Daniel C. Levin, Esquire | Amy Marie Kirby, Esquire |
| LEVIN SEDRAN & BERMAN LLP | Michael Wu-Kung Pfautz, Esquire |
| 510 Walnut Street, Suite 500 | CITY OF PHILADELPHIA LAW DEPARTMENT |
| Philadelphia, PA 19106 | 1515 Arch Street, 15th Floor |
| (215) 592-1500 | Philadelphia, PA 19102 |
| dlevin@lfsblaw.com | 215-683-5233 |
|  | michael.pfautz@phila.gov |
|  | amy.kirby@phila.gov |
| *Attorney for Plaintiff* | *Attorneys for Defendant, City of Philadelphia* |