**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK BUTTERLINE, in his own right and as personal representative of the estate of Lisa Butterline, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA,<br><br>Defendant. | Case No.: 2:15-cv-01429-JS |

## ORDER

AND NOW, on this _____ day of _____, 2023, upon consideration of Plaintiff

and Defendant's Joint Motion to Pay Additional Fees, it is hereby ORDERED, ADJUDGED and

DECREED that said Motion is GRANTED.   Continental DataLogix shall be paid from the Fund

an additional amount not to exceed $8,000 for its services under the Settlement.

BY THE COURT:

_____

J.