# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BUTTERLINE, in his own right and as personal representative of the estate of Lisa Butterline, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA,<br><br>Defendant. | Case No.: 2:15-cv-01429-JS |

**DECLARATION OF RITESH PATEL**
**IN CONNECTION WITH NOTICE DISSEMINATION**

Ritesh Patel, pursuant to 28 U. S. C. § 1746, hereby declares and states as follows:

1. I am a member of Continental DataLogix LLC ("Continental"), which was appointed to aid in giving notice to Settlement Class Members and I was responsible for overseeing the dissemination of notices to members of the Settlement Class.

2. Pursuant to the Order Preliminarily Approving Class Action ("Order"), dated May 11, 2022, Continental was appointed as the Settlement Administrator in this case.

3. Continental has provided the following services in connection with the administration of this matter:

   a. Printing and mailing of the Notice to the Class;

   b. Sending Notice via email to the Class;

   c. Dissemination of a reminder Notice via mail and email;

   d. Dissemination of a second reminder Notice via mail and email;

   e. Develop and maintain a Settlement website;

   f. Correspondence with Class Counsel with respect to individual class member issues;

1

      g. Review of all claims for completeness and validity;

      h. Processing and disallowance of claims from individuals who were not on the Class List;

      i. Distribution to approved claims;

      j. Preparation and filing of the annual Settlement Fund Tax Return (2022); and

      k. Preparation and filing of Form 1099.

4. The Parties have requested that Continental provide additional services which include the following:

      a. Review and processing of supplemental information provided by the Defendant;

      b. Re-distribution of additional damages to prior approved claims based on the supplemental information received;

      c. Re-review and subsequent approval of claims which previously did not have damages in excess of liens;

      d. Distribution to newly approved claims;

      e. Additional preparation and filing of the annual Settlement Fund Tax Return (2023); and

      f. Coordination with Class Counsel regarding individual claimant issues, uncashed checks and reissue requests.

5. Continental estimates these additional services would incur costs and expenses of $7,918.00 as shown in the attached Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of April 2023.

                                                     */s/ Ritesh Patel*
                                                     Ritesh Patel

# EXHIBIT A



March 24, 2023

www.continental**dlx**.com

**Estimate for Class Action Administration Services**
*Butterline v. City of Philadelphia*

| Procedures | Unit | Rate | Volume | Amount |
|---|---|---|---|---|
| **Project Management** | | | | |
| On-going Project Management | Per Hour | $ 125 | 15 | $ 1,875 |
| Database Development and Maintenance | Per Hour | 125 | 4 | 500 |
| | | | | $ 2,375 |
| **Website and Claim Portal** | | | | |
| Website Development | Per Hour | $ 225 | 3 | $ 675 |
| Monthly Maintenance | Per Month | 75 | 3 | 225 |
| | | | | $ 900 |
| **Claim Processing and Communications** | | | | |
| Processing Disallowed Claim Forms | Per Hour | $ 125 | 5 | $ 625 |
| | | | | $ 625 |
| **Claims Fund Distribution** | | | | |
| Open QSF, Bank Reconciliations, Distribution Preparation | Per Hour | $ 125 | 6 | $ 750 |
| Supplemental Distribution | Per Distribution | 250 | 1 | 250 |
| Undeliverable Processing, Skip-tracing, Check Reissuing | Minimum Charge | 250 | 1 | 250 |
| | | | | $ 1,250 |
| **Tax Services** | | | | |
| Settlement Fund Income Tax Return - 1120-SF (2023) | Per Year | $ 2,750 | 1 | $ 2,750 |
| | | | | $ 2,750 |
| | | **Total Estimated Administration Fee** | | $ 7,900 |
| **Estimated Postage - First Class Postage Rates** | | | | |
| Postage - Claims Fund Checks | Per Piece | 0.63 | 29 | 18 |
| | | **Total Estimated Postage** | | $ 18 |
| | | **Total Estimate** | | $ 7,918 |