IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BUTTERLINE, et al | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-1429 |
| | : | |
| CITY OF PHILADELPHIA, et al | : | |
| | : | |

## **ORDER**

AND NOW, this 14th day of April, 2023, upon consideration of the Parties' Joint Motion for Additional Fees (ECF No. 117), it is hereby ORDERED the Motion is GRANTED. Continental DataLogix shall be paid from the Fund an additional amount not to exceed $8,000 for its services under the Settlement.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.